UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RHONDA BROWN-OSBORNE, on behalf of THOMAS LEE BROWN, *et. al.*,<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC., *et. al.*,<br><br>Defendants. | Case No. 3:20-cv-05210 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff RHONDA BROWN-OSBORNE, on behalf of THOMAS LEE BROWN, by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants, Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.

Date: April 30, 2020

ORDERED: [signature] Peter W[illegible]
11/19/2020

Respectfully submitted,

/s/ Margaret E. Cordner
Margaret E. Cordner
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
mcordner@bernllp.com

*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2020, I caused the foregoing document to be filed electronically with the Clerk's Office CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s/ Margaret E. Cordner
Margaret E. Cordner